**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Guy Carmichael CRENSHAW,**
**Defendant–Appellant.**

No. 00–7812.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided June 6, 2001.

* *See Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).

Guy Carmichael Crenshaw, pro se. Anthony Paul Giorno, Office of the United States Attorney, Roanoke, VA, for appellee.

Before WILKINS, TRAXLER, and KING, Circuit Judge.

PER CURIAM.

Guy Carmichael Crenshaw appeals the district court's orders denying his motion for relief filed under 18 U.S.C. § 3582(c)(2) (1994), and his motion for reconsideration. Our review of the record and the district court's opinions discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Crenshaw*, Nos. CR–96–47; CA–99–424–7 (W .D. Va. Nov. 21 & Dec. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*